## STATE OF CONNECTICUT *v.* ROCCO J. TESTA

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 764 (AC 30783), is denied.

*Rosemarie T. Weber*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided October 19, 2010

## BARRY YOUNG *v.* CITY OF WATERBURY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31952) is dismissed.

*Barry Young*, pro se, in support of the petition.

Decided October 19, 2010

## BARRY YOUNG *v.* CITY OF WATERBURY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31952) is denied.

*Barry Young*, pro se, in support of the petition.

Decided October 19, 2010